(C.D. 3332)

W. N. PROCTOR COMPANY v. UNITED STATES

United States Customs Court, First Division

(Decided March 4, 1968)

*Glad & Tuttle* for the plaintiff.
*Edwin L. Weisl, Jr.,* Assistant Attorney General, for the defendant.

Before WATSON and MALETZ, Judges

WATSON, Judge: When these protests were called for trial, motion was made by counsel for the defendant to dismiss the same on the ground that they were untimely filed.

Examination of the official papers herein disclosed that the protests were untimely filed. The motion to dismiss the protests was granted and the same were ordered dismissed.

Judgment will issue accordingly.